**Summary of Claims Paid by Medicare
for Conrado Castor's Home Health Care Referrals
For the Period May 20, 2008 through January 25, 2014**

| Home Health Care Agency | Number of Claims | Amount Paid |
|---|---|---|
| American Home Health Services, Inc. | 318 | $862,709.81 |
| Adarna Home Health Care Services, Inc. | 82 | $211,308.46 |
| Amore Home Health Care Services, Inc. | 72 | $180,471.14 |
| Total | 472 | $1,254,489.41 |

**Exhibit 1 A**