Claims Paid by Medicare to American
for Conrado Castor's Home Health Care Referrals
For the Period May 20, 2008 through January 18, 2014

| Claim | Claim Number | | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|---|
| 1 | 20823803248605 | 02 | 5/20/2008 | 7/15/2008 | $1,257.91 |
| 2 | 20907848343008 | 02 | 5/22/2008 | 7/20/2008 | $3,979.20 |
| 3 | 20907850873608 | 02 | 5/24/2008 | 7/22/2008 | $2,613.92 |
| 4 | 20907847783108 | 02 | 5/31/2008 | 7/28/2008 | $1,768.91 |
| 5 | 20823803249305 | 02 | 6/3/2008 | 8/1/2008 | $1,820.56 |
| 6 | 20825603376705 | 02 | 6/5/2008 | 8/3/2008 | $4,115.18 |
| 7 | 20823803248505 | 02 | 6/7/2008 | 8/5/2008 | $1,820.56 |
| 8 | 20824705012405 | 02 | 6/13/2008 | 8/9/2008 | $3,056.24 |
| 9 | 20827604731305 | 02 | 6/23/2008 | 8/21/2008 | $2,770.68 |
| 10 | 20825603376905 | 02 | 6/24/2008 | 8/22/2008 | $2,091.44 |
| 11 | 20825603376505 | 02 | 6/24/2008 | 8/22/2008 | $2,020.35 |
| 12 | 20827604731705 | 02 | 7/1/2008 | 8/29/2008 | $1,257.91 |
| 13 | 20827604731505 | 02 | 7/21/2008 | 9/18/2008 | $1,768.91 |
| 14 | 20828803132105 | 02 | 7/23/2008 | 9/17/2008 | $2,577.04 |
| 15 | 20828803132705 | 02 | 7/28/2008 | 9/24/2008 | $2,734.36 |
| 16 | 20828803131705 | 02 | 8/6/2008 | 10/4/2008 | $1,410.74 |
| 17 | 20829903039705 | 02 | 8/15/2008 | 10/13/2008 | $4,430.61 |
| 18 | 20830904692605 | 02 | 8/22/2008 | 9/14/2008 | $2,770.68 |
| 19 | 20830904693605 | 02 | 8/23/2008 | 10/21/2008 | $4,421.73 |
| 20 | 20834304278305 | 02 | 8/23/2008 | 10/21/2008 | $2,020.35 |
| 21 | 20831903120505 | 02 | 8/30/2008 | 10/28/2008 | $1,768.91 |
| 22 | 20831903121005 | 02 | 9/6/2008 | 11/4/2008 | $2,126.44 |
| 23 | 20833602599505 | 02 | 9/19/2008 | 11/17/2008 | $3,098.46 |
| 24 | 20833602599605 | 02 | 9/20/2008 | 11/18/2008 | $1,805.79 |
| 25 | 20834304278705 | 02 | 9/25/2008 | 11/23/2008 | $5,012.09 |
| 26 | 20834304278605 | 02 | 9/25/2008 | 11/23/2008 | $3,053.03 |
| 27 | 20834304278805 | 02 | 10/1/2008 | 11/29/2008 | $3,844.52 |
| 28 | 20903303913305 | 02 | 10/5/2008 | 12/3/2008 | $1,410.74 |
| 29 | 20901205691605 | 02 | 10/14/2008 | 12/12/2008 | $4,621.48 |
| 30 | 20901205691805 | 02 | 10/17/2008 | 12/11/2008 | $3,979.20 |
| 31 | 20901205691205 | 02 | 10/29/2008 | 12/27/2008 | $1,696.55 |
| 32 | 20901205692005 | 02 | 10/29/2008 | 12/27/2008 | $4,238.13 |
| 33 | 20903303913905 | 02 | 10/30/2008 | 12/28/2008 | $3,979.20 |
| 34 | 20902203243205 | 02 | 11/4/2008 | 12/16/2008 | $3,424.02 |
| 35 | 20902203244005 | 02 | 11/5/2008 | 1/3/2009 | $2,132.44 |
| 36 | 20904201507705 | 02 | 11/18/2008 | 1/16/2009 | $1,414.71 |
| 37 | 20903303913805 | 02 | 11/19/2008 | 1/16/2009 | $1,621.15 |
| 38 | 20903303913605 | 02 | 11/24/2008 | 1/22/2009 | $3,254.53 |
| 39 | 20904201507505 | 02 | 11/24/2008 | 1/22/2009 | $3,628.71 |
| 40 | 20903303913505 | 02 | 11/24/2008 | 1/22/2009 | $2,097.33 |
| 41 | 20904201507805 | 02 | 11/30/2008 | 1/28/2009 | $1,825.70 |
| 42 | 20904201508005 | 02 | 12/1/2008 | 1/29/2009 | $1,825.70 |

Exhibit 1 B

Page 1 of 8

# Claims Paid by Medicare to American for Conrado Castor's Home Health Care Referrals
## For the Period May 20, 2008 through January 18, 2014

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 43 | 20904201507605    02 | 12/4/2008 | 2/1/2009 | $1,701.34 |
| 44 | 20907003867605    02 | 12/28/2008 | 2/25/2009 | $1,979.70 |
| 45 | 20907003867505    02 | 12/29/2008 | 2/25/2009 | $2,132.44 |
| 46 | 20907003868105    02 | 1/4/2009 | 3/4/2009 | $1,701.34 |
| 47 | 20908203562305    02 | 1/10/2009 | 3/10/2009 | $2,311.61 |
| 48 | 20908203562105    02 | 1/11/2009 | 3/11/2009 | $3,631.70 |
| 49 | 20910403618205INR    02 | 1/11/2009 | 3/11/2009 | $4,250.11 |
| 50 | 20910403618505INR    02 | 1/23/2009 | 3/23/2009 | $4,002.45 |
| 51 | 20910403618605INR    02 | 1/29/2009 | 3/29/2009 | $3,731.03 |
| 52 | 20910403618305INR    02 | 2/2/2009 | 4/2/2009 | $1,701.34 |
| 53 | 20910403618405INR    02 | 2/3/2009 | 4/3/2009 | $4,342.37 |
| 54 | 20907003867305    02 | 2/13/2009 | 2/25/2009 | $1,621.15 |
| 55 | 20911803093105INR    02 | 2/14/2009 | 4/14/2009 | $3,810.87 |
| 56 | 20911803093005INR    02 | 2/15/2009 | 4/15/2009 | $1,584.24 |
| 57 | 20913304122905INR    02 | 2/25/2009 | 4/23/2009 | $3,990.46 |
| 58 | 20912003128605INR    02 | 2/26/2009 | 4/26/2009 | $1,414.71 |
| 59 | 20914004093505INR    02 | 3/4/2009 | 5/2/2009 | $1,261.45 |
| 60 | 20913304123605INR    02 | 3/5/2009 | 4/29/2009 | $1,414.71 |
| 61 | 20913304123805INR    02 | 3/11/2009 | 5/9/2009 | $2,311.61 |
| 62 | 20915505622505INR    02 | 3/12/2009 | 5/10/2009 | $4,250.11 |
| 63 | 20915505621205INR    02 | 3/12/2009 | 5/10/2009 | $3,613.09 |
| 64 | 20915505622105INR    02 | 3/19/2009 | 5/17/2009 | $1,810.81 |
| 65 | 20915505621805INR    02 | 3/21/2009 | 5/19/2009 | $4,870.24 |
| 66 | 20916603226005INR    02 | 3/24/2009 | 5/19/2009 | $1,701.34 |
| 67 | 20916603225605INR    02 | 4/4/2009 | 6/2/2009 | $1,825.70 |
| 68 | 20916903777105INR    02 | 4/15/2009 | 6/13/2009 | $1,773.90 |
| 69 | 20917503591205INR    02 | 4/16/2009 | 6/10/2009 | $1,979.70 |
| 70 | 20920402946205INR    02 | 4/27/2009 | 6/25/2009 | $1,414.71 |
| 71 | 20919004176905INR    02 | 5/1/2009 | 6/29/2009 | $4,882.65 |
| 72 | 20920803520405INR    02 | 5/3/2009 | 7/1/2009 | $1,261.45 |
| 73 | 20920402946505INR    02 | 5/10/2009 | 7/8/2009 | $2,097.33 |
| 74 | 20920803520605INR    02 | 5/11/2009 | 7/9/2009 | $3,731.03 |
| 75 | 20920402945205INR    02 | 5/11/2009 | 7/9/2009 | $1,701.34 |
| 76 | 20920803520505INR    02 | 5/18/2009 | 7/15/2009 | $1,810.81 |
| 77 | 20920402946005INR    02 | 5/20/2009 | 7/15/2009 | $1,773.90 |
| 78 | 20921704205305INR    02 | 6/3/2009 | 7/30/2009 | $1,539.08 |
| 79 | 20921704210805INR    02 | 6/4/2009 | 8/2/2009 | $1,451.10 |
| 80 | 20918102969605INR    02 | 6/5/2009 | 6/5/2009 | $3,197.60 |
| 81 | 20923903468005INR    02 | 6/14/2009 | 8/12/2009 | $2,883.57 |
| 82 | 20924302910305INR    02 | 6/30/2009 | 8/26/2009 | $1,825.70 |
| 83 | 20926801287505INR    02 | 7/10/2009 | 9/7/2009 | $1,701.34 |
| 84 | 20928102952205INR    02 | 7/29/2009 | 9/26/2009 | $3,044.85 |

Exhibit 1 B

Page 2 of 8

# Claims Paid by Medicare to American for Conrado Castor's Home Health Care Referrals
## For the Period May 20, 2008 through January 18, 2014

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 85 | 209928102953105INR 02 | 7/31/2009 | 9/28/2009 | $3,631.70 |
| 86 | 209928102952005INR 02 | 8/3/2009 | 9/30/2009 | $1,773.90 |
| 87 | 209928102952905INR 02 | 8/7/2009 | 10/1/2009 | $3,370.21 |
| 88 | 20930203242605INR 02 | 8/10/2009 | 10/8/2009 | $1,773.90 |
| 89 | 20930203243205INR 02 | 8/19/2009 | 10/17/2009 | $4,126.82 |
| 90 | 20929400705605INR 02 | 8/26/2009 | 9/12/2009 | $1,953.07 |
| 91 | 20933601821905INR | 9/10/2009 | 11/8/2009 | $3,154.14 |
| 92 | 20934900963605INR | 9/27/2009 | 11/24/2009 | $3,444.18 |
| 93 | 20933601822305INR | 9/29/2009 | 11/27/2009 | $2,132.44 |
| 94 | 20934301304905INR | 9/29/2009 | 11/27/2009 | $3,810.87 |
| 95 | 20934900963805INR | 10/6/2009 | 12/3/2009 | $3,442.04 |
| 96 | 20934900964805INR | 10/9/2009 | 12/7/2009 | $2,132.44 |
| 97 | 20934900964005INR | 10/9/2009 | 12/7/2009 | $1,773.90 |
| 98 | 21000806499405INR | 10/18/2009 | 12/14/2009 | $2,097.33 |
| 99 | 21001504021005INR | 10/22/2009 | 12/20/2009 | $3,990.46 |
| 100 | 20936503623905INR | 10/23/2009 | 12/21/2009 | $1,773.90 |
| 101 | 21000806498905INR | 10/31/2009 | 12/29/2009 | $4,621.51 |
| 102 | 21001504020505INR | 11/5/2009 | 1/3/2010 | $3,727.28 |
| 103 | 21001504020405INR | 11/9/2009 | 1/7/2010 | $2,177.66 |
| 104 | 21002700826405INR | 11/9/2009 | 1/7/2010 | $2,177.66 |
| 105 | 21004303879305INR | 11/28/2009 | 1/26/2010 | $2,177.66 |
| 106 | 21004901002805INR | 12/8/2009 | 2/3/2010 | $2,177.66 |
| 107 | 21002700827105INR | 12/11/2009 | 1/6/2010 | $3,027.36 |
| 108 | 21007702875605INR | 12/14/2009 | 2/11/2010 | $4,537.20 |
| 109 | 21008401136905INR | 12/18/2009 | 2/15/2010 | $1,983.98 |
| 110 | 21010503251905INR | 12/18/2009 | 2/15/2010 | $1,617.82 |
| 111 | 21007702875705INR | 12/21/2009 | 2/18/2010 | $1,811.50 |
| 112 | 21008401136505INR | 12/22/2009 | 2/16/2010 | $1,811.50 |
| 113 | 21008401136605INR | 12/30/2009 | 2/27/2010 | $1,983.98 |
| 114 | 21008503281305INR | 1/4/2010 | 3/4/2010 | $2,763.72 |
| 115 | 21010401201005INRT | 1/12/2010 | 2/8/2010 | $753.90 |
| 116 | 21010503251205INR | 1/17/2010 | 3/17/2010 | $4,680.40 |
| 117 | 21008503280705INR | 1/23/2010 | 3/23/2010 | $2,296.02 |
| 118 | 21012701157805INR | 1/30/2010 | 3/30/2010 | $3,515.05 |
| 119 | 21011303994205INR | 2/15/2010 | 4/15/2010 | $2,360.62 |
| 120 | 21016204442005INR | 2/16/2010 | 4/16/2010 | $2,570.05 |
| 121 | 21012405332805INR | 2/16/2010 | 4/16/2010 | $1,618.25 |
| 122 | 21013201138105INR | 2/28/2010 | 4/26/2010 | $1,737.83 |
| 123 | 21012701157705INR | 3/1/2010 | 4/9/2010 | $1,618.25 |
| 124 | 21014600486305INR | 3/2/2010 | 4/30/2010 | $4,680.83 |
| 125 | 21013201137905INR | 3/3/2010 | 4/28/2010 | $1,811.93 |
| 126 | 21014600486105INR | 3/5/2010 | 4/30/2010 | $3,937.60 |

Exhibit 1 B

Page 3 of 8

Claims Paid by Medicare to American
for Conrado Castor's Home Health Care Referrals
For the Period May 20, 2008 through January 18, 2014

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 127 | 21015404695305INR | 3/18/2010 | 5/4/2010 | $1,737.83 |
| 128 | 21014600485905INR | 3/20/2010 | 5/18/2010 | $1,618.25 |
| 129 | 21028508680605INR | 3/31/2010 | 5/29/2010 | $4,075.11 |
| 130 | 21015404695605INR | 4/3/2010 | 6/1/2010 | $2,178.09 |
| 131 | 21016704621105INR | 4/9/2010 | 6/7/2010 | $5,261.00 |
| 132 | 21016704620805INR | 4/16/2010 | 6/14/2010 | $3,708.73 |
| 133 | 21018100402905INR | 4/16/2010 | 6/14/2010 | $3,404.00 |
| 134 | 21018100402705INR | 4/17/2010 | 6/15/2010 | $3,644.25 |
| 135 | 21016704620905INR | 4/17/2010 | 6/15/2010 | $2,014.80 |
| 136 | 21020001238505INR | 5/1/2010 | 6/29/2010 | $1,811.50 |
| 137 | 21015404696005INR | 5/11/2010 | 5/28/2010 | $2,892.23 |
| 138 | 21029803392305INR | 5/30/2010 | 7/28/2010 | $2,177.66 |
| 139 | 21021501078505INR | 6/2/2010 | 7/30/2010 | $2,177.66 |
| 140 | 21023101061805INR | 6/8/2010 | 8/5/2010 | $5,772.76 |
| 141 | 21024602622105INR | 6/15/2010 | 8/13/2010 | $2,177.66 |
| 142 | 21024602622605INR | 6/15/2010 | 8/13/2010 | $4,214.35 |
| 143 | 21023803514605INR | 6/16/2010 | 8/11/2010 | $1,571.70 |
| 144 | 21025305042405INR | 6/30/2010 | 8/28/2010 | $3,562.05 |
| 145 | 21025305042705INR | 7/8/2010 | 9/5/2010 | $2,360.62 |
| 146 | 21027401215905INR | 7/27/2010 | 9/24/2010 | $1,983.98 |
| 147 | 21028508680505INR | 8/14/2010 | 9/28/2010 | $1,737.40 |
| 148 | 21029803392605INR | 8/17/2010 | 10/15/2010 | $3,221.03 |
| 149 | 21030801864705INR | 8/27/2010 | 10/25/2010 | $1,617.82 |
| 150 | 21031603916005INR | 8/29/2010 | 10/27/2010 | $2,305.75 |
| 151 | 21031603916105INR | 9/6/2010 | 11/4/2010 | $2,177.66 |
| 152 | 21033403161505INR | 9/25/2010 | 11/23/2010 | $4,075.11 |
| 153 | 21034003689605INR | 9/25/2010 | 11/23/2010 | $3,708.73 |
| 154 | 21035103756205INR | 10/16/2010 | 12/14/2010 | $2,177.66 |
| 155 | 21036202786605INR | 10/18/2010 | 12/16/2010 | $3,708.73 |
| 156 | 21106602943108INR | 10/26/2010 | 12/24/2010 | $1,811.50 |
| 157 | 21106602933708INR | 10/28/2010 | 12/26/2010 | $1,737.40 |
| 158 | 21101803456505INR | 11/5/2010 | 1/3/2011 | $1,996.87 |
| 159 | 21101803456605INR | 11/12/2010 | 1/10/2011 | $4,276.53 |
| 160 | 21103100537705INR | 11/24/2010 | 1/22/2011 | $3,798.66 |
| 161 | 21103100537305INR | 11/24/2010 | 1/22/2011 | $3,397.11 |
| 162 | 21103100537905INR | 11/26/2010 | 1/24/2011 | $3,627.73 |
| 163 | 21101803456705INR | 11/30/2010 | 1/3/2011 | $3,210.21 |
| 164 | 21105904625505INR | 12/17/2010 | 2/14/2011 | $1,689.04 |
| 165 | 21106800990005INR | 12/25/2010 | 2/22/2011 | $1,619.97 |
| 166 | 21106800989805INR | 12/27/2010 | 2/24/2011 | $1,619.97 |
| 167 | 21109802418905INR | 1/25/2011 | 3/25/2011 | $3,798.66 |
| 168 | 21108702344205INR | 1/26/2011 | 3/10/2011 | $3,457.21 |

**Exhibit 1 B**

**Page 4 of 8**

Claims Paid by Medicare to American
for Conrado Castor's Home Health Care Referrals
For the Period May 20, 2008 through January 18, 2014

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 169 | 21111203225705INR | 2/15/2011 | 4/13/2011 | $1,619.97 |
| 170 | 21111203225805INR | 2/17/2011 | 4/17/2011 | $4,006.18 |
| 171 | 21113101120705INR | 3/5/2011 | 5/3/2011 | $3,039.69 |
| 172 | 21115405984905INR | 3/18/2011 | 5/16/2011 | $1,689.04 |
| 173 | 21115104124105INR | 3/24/2011 | 5/20/2011 | $2,200.81 |
| 174 | 21116701980405INR | 3/26/2011 | 5/24/2011 | $1,996.87 |
| 175 | 21115405984805INR | 3/30/2011 | 5/28/2011 | $2,030.28 |
| 176 | 21116701980205INR | 4/2/2011 | 5/31/2011 | $3,969.18 |
| 177 | 21118702796705INR | 4/18/2011 | 6/16/2011 | $2,586.52 |
| 178 | 21121003200705INR | 5/7/2011 | 7/5/2011 | $1,859.57 |
| 179 | 21121003200505INR | 5/11/2011 | 7/6/2011 | $2,030.28 |
| 180 | 21121003200605INR | 5/12/2011 | 7/10/2011 | $3,969.18 |
| 181 | 21122201701705INR | 5/29/2011 | 7/27/2011 | $2,030.28 |
| 182 | 21121705392705INR | 6/1/2011 | 7/30/2011 | $3,610.00 |
| 183 | 21123502659305INR | 6/8/2011 | 8/6/2011 | $3,810.06 |
| 184 | 21123502658905INR | 6/14/2011 | 8/12/2011 | $2,030.28 |
| 185 | 21124201666705INR | 6/17/2011 | 8/15/2011 | $2,497.36 |
| 186 | 21121003200005INR | 6/20/2011 | 7/14/2011 | $2,524.53 |
| 187 | 21125102262205INR | 6/29/2011 | 8/27/2011 | $4,006.18 |
| 188 | 21125901077105INR | 7/6/2011 | 8/31/2011 | $1,689.04 |
| 189 | 21126601827205INR | 7/11/2011 | 9/8/2011 | $2,030.28 |
| 190 | 21126601827005INR | 7/19/2011 | 9/16/2011 | $2,030.28 |
| 191 | 21127200093805INR | 7/27/2011 | 9/24/2011 | $4,194.30 |
| 192 | 21133600894705INR | 7/28/2011 | 9/21/2011 | $1,619.97 |
| 193 | 21127200094305INR | 7/29/2011 | 9/26/2011 | $3,627.73 |
| 194 | 21127200094205INR | 7/30/2011 | 9/27/2011 | $2,524.53 |
| 195 | 21128000623405INR | 7/31/2011 | 9/28/2011 | $2,460.36 |
| 196 | 21130102975405INR | 8/7/2011 | 10/5/2011 | $1,738.34 |
| 197 | 21130102975505INR | 8/16/2011 | 10/14/2011 | $2,497.36 |
| 198 | 21130703684305INR | 8/26/2011 | 10/24/2011 | $4,095.34 |
| 199 | 21130102975205INR | 8/27/2011 | 10/25/2011 | $2,200.81 |
| 200 | 21130703684005INR | 8/28/2011 | 10/24/2011 | $3,122.07 |
| 201 | 21130102975305INR | 8/31/2011 | 10/13/2011 | $2,354.01 |
| 202 | 21130703684605INR | 9/7/2011 | 10/10/2011 | $2,831.76 |
| 203 | 21132501464905INR | 9/17/2011 | 11/11/2011 | $2,396.15 |
| 204 | 21132501465105INR | 9/21/2011 | 11/18/2011 | $1,859.57 |
| 205 | 21133904107505INR | 9/25/2011 | 11/23/2011 | $3,969.18 |
| 206 | 21133904107905INR | 9/27/2011 | 11/23/2011 | $1,859.57 |
| 207 | 21135502341305INR | 9/29/2011 | 11/27/2011 | $5,064.01 |
| 208 | 21134804880705INR | 10/5/2011 | 12/3/2011 | $4,088.36 |
| 209 | 21134804880605INR | 10/6/2011 | 12/2/2011 | $1,996.87 |
| 210 | 21135502341605INR | 10/7/2011 | 12/5/2011 | $4,095.34 |

**Exhibit 1 B**
**Page 5 of 8**

**Claims Paid by Medicare to American**
**for Conrado Castor's Home Health Care Referrals**
**For the Period May 20, 2008 through January 18, 2014**

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 211 | 21200300098205INR | 10/15/2011 | 12/12/2011 | $2,497.36 |
| 212 | 21201704930505INR | 10/25/2011 | 12/22/2011 | $3,173.21 |
| 213 | 21200300098005INR | 10/26/2011 | 12/24/2011 | $3,173.21 |
| 214 | 21202600898205INR | 11/21/2011 | 1/19/2012 | $4,013.73 |
| 215 | 21202302287005INR | 11/24/2011 | 1/18/2012 | $2,904.12 |
| 216 | 21204600545505INR | 11/28/2011 | 1/26/2012 | $2,417.95 |
| 217 | 21204500813205INR | 12/4/2011 | 2/1/2012 | $2,683.68 |
| 218 | 21203300874505INR | 12/6/2011 | 2/1/2012 | $2,572.58 |
| 219 | 21205200100705INR | 12/7/2011 | 2/4/2012 | $2,444.63 |
| 220 | 21206501407405INR | 12/25/2011 | 2/20/2012 | $2,024.27 |
| 221 | 21208000040405INR | 1/6/2012 | 3/5/2012 | $3,229.18 |
| 222 | 21208000040205INR | 1/9/2012 | 3/7/2012 | $2,444.63 |
| 223 | 21208000040105INR | 1/20/2012 | 2/29/2012 | $3,615.44 |
| 224 | 21210200087105INR | 1/24/2012 | 3/23/2012 | $3,229.18 |
| 225 | 21210200087005INR | 1/27/2012 | 3/26/2012 | $2,298.02 |
| 226 | 21210900432605INR | 2/2/2012 | 3/28/2012 | $3,477.46 |
| 227 | 21211700144405INR | 2/5/2012 | 4/4/2012 | $2,298.02 |
| 228 | 21210200087205INR | 2/7/2012 | 4/6/2012 | $3,357.13 |
| 229 | 21210900432105INR | 2/10/2012 | 4/5/2012 | $2,444.63 |
| 230 | 21210900432305INR | 2/12/2012 | 4/11/2012 | $3,944.73 |
| 231 | 21210200086705INR | 2/13/2012 | 4/3/2012 | $3,615.44 |
| 232 | 21213800303005INR | 3/6/2012 | 5/4/2012 | $2,298.02 |
| 233 | 21214600380405INR | 3/15/2012 | 5/13/2012 | $2,627.33 |
| 234 | 21213000264705INR | 3/15/2012 | 4/27/2012 | $3,615.44 |
| 235 | 21212400991105INR | 3/17/2012 | 4/2/2012 | $2,874.43 |
| 236 | 21217100229505INR | 3/19/2012 | 5/17/2012 | $3,357.13 |
| 237 | 21215400209605INR | 3/19/2012 | 5/17/2012 | $2,298.02 |
| 238 | 21217300140205INR | 3/24/2012 | 5/22/2012 | $2,444.63 |
| 239 | 21213000264605INR | 3/27/2012 | 4/24/2012 | $2,298.02 |
| 240 | 21216600016005INR | 4/5/2012 | 6/3/2012 | $3,477.46 |
| 241 | 21216000899505INR | 4/6/2012 | 5/11/2012 | $4,013.73 |
| 242 | 21216600016105INR | 4/6/2012 | 5/30/2012 | $3,615.44 |
| 243 | 21214600380505INR | 4/12/2012 | 5/15/2012 | $2,444.63 |
| 244 | 21219402829307INR | 4/25/2012 | 6/23/2012 | $3,266.72 |
| 245 | 21219402829407INR | 4/25/2012 | 6/23/2012 | $2,956.62 |
| 246 | 21219402829207INR | 5/1/2012 | 6/29/2012 | $2,444.63 |
| 247 | 21216600016205INR | 5/3/2012 | 5/14/2012 | $2,267.14 |
| 248 | 21219402829107INR | 5/5/2012 | 7/3/2012 | $2,455.49 |
| 249 | 21220702029107INR | 5/14/2012 | 7/12/2012 | $3,621.44 |
| 250 | 21220702029507INR | 5/18/2012 | 7/16/2012 | $2,572.58 |
| 251 | 21221901663307INR | 5/23/2012 | 7/21/2012 | $2,455.49 |
| 252 | 21223701995807INR | 6/4/2012 | 8/2/2012 | $1,889.91 |

Exhibit 1 B
Page 6 of 8

**Claims Paid by Medicare to American for Conrado Castor's Home Health Care Referrals**
**For the Period May 20, 2008 through January 18, 2014**

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 253 | 21229600977007INR | 6/9/2012 | 8/7/2012 | $2,075.01 |
| 254 | 21223701996407INR | 6/21/2012 | 8/19/2012 | $4,013.73 |
| 255 | 21223701995707INR | 6/22/2012 | 8/20/2012 | $4,013.73 |
| 256 | 21224401288207INR | 6/24/2012 | 8/22/2012 | $3,266.72 |
| 257 | 21225502740707INR | 6/30/2012 | 8/28/2012 | $2,444.63 |
| 258 | 21225502740507INR | 7/4/2012 | 9/1/2012 | $4,250.41 |
| 259 | 21227200840107INR | 7/13/2012 | 9/10/2012 | $2,024.27 |
| 260 | 21227200839807INR | 7/13/2012 | 9/10/2012 | $4,250.41 |
| 261 | 21228902739707INR | 7/17/2012 | 9/10/2012 | $2,455.49 |
| 262 | 21228902739407INR | 7/22/2012 | 9/19/2012 | $2,455.49 |
| 263 | 21227200839007INR | 7/27/2012 | 9/19/2012 | $2,444.63 |
| 264 | 21229203431407INR | 8/3/2012 | 10/1/2012 | $2,721.22 |
| 265 | 21229203431707INR | 8/8/2012 | 10/6/2012 | $2,075.01 |
| 266 | 21229203431507INR | 8/9/2012 | 10/7/2012 | $4,051.27 |
| 267 | 21231303178807INR | 8/20/2012 | 10/18/2012 | $2,298.02 |
| 268 | 21231303178607INR | 8/23/2012 | 10/21/2012 | $3,352.94 |
| 269 | 21231303178507INR | 9/2/2012 | 10/31/2012 | $2,455.49 |
| 270 | 21233301355707INR | 9/11/2012 | 11/9/2012 | $2,024.27 |
| 271 | 21233301355607INR | 9/11/2012 | 11/9/2012 | $3,812.41 |
| 272 | 21235501467207INR | 10/2/2012 | 11/26/2012 | $1,927.45 |
| 273 | 21235501467507INR | 10/7/2012 | 12/4/2012 | $1,837.57 |
| 274 | 21235501467307INR | 10/8/2012 | 12/4/2012 | $2,335.56 |
| 275 | 21300404058107INR | 10/17/2012 | 12/15/2012 | $2,455.49 |
| 276 | 21300404057807INR | 10/22/2012 | 12/20/2012 | $2,417.95 |
| 277 | 21302403246507INR | 11/6/2012 | 1/4/2013 | $4,029.54 |
| 278 | 21302403246407INR | 11/10/2012 | 1/8/2013 | $3,491.17 |
| 279 | 21302403246307INR | 11/10/2012 | 1/8/2013 | $2,910.93 |
| 280 | 21301102534507INRT | 11/13/2012 | 12/14/2012 | $352.23 |
| 281 | 21303103492007INR | 12/13/2012 | 12/26/2012 | $1,889.91 |
| 282 | 21304503781907INR | 12/16/2012 | 2/13/2013 | $2,557.13 |
| 283 | 21307702440607INR | 1/5/2013 | 3/5/2013 | $2,454.31 |
| 284 | 21308103198707INR | 1/8/2013 | 3/8/2013 | $4,067.56 |
| 285 | 21308103199007INR | 1/9/2013 | 3/9/2013 | $2,694.30 |
| 286 | 21308103198907INR | 1/9/2013 | 3/9/2013 | $2,032.31 |
| 287 | 21310801882707INR | 1/13/2013 | 3/13/2013 | $2,653.94 |
| 288 | 21307702440707INR | 1/16/2013 | 3/16/2013 | $2,557.13 |
| 289 | 21311901538107INR | 2/14/2013 | 4/14/2013 | $3,986.21 |
| 290 | 21311901538707INR | 2/21/2013 | 4/21/2013 | $2,505.99 |
| 291 | 21314001816607INR | 3/9/2013 | 5/7/2013 | $2,442.48 |
| 292 | 21314001816707INR | 3/10/2013 | 5/8/2013 | $4,271.88 |
| 293 | 21314001816307INR | 3/14/2013 | 5/10/2013 | $3,872.42 |
| 294 | 21318403616507INR | 4/15/2013 | 6/13/2013 | $2,298.25 |

Exhibit 1 B
Page 7 of 8

Claims Paid by Medicare to American
for Conrado Castor's Home Health Care Referrals
For the Period May 20, 2008 through January 18, 2014

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 295 | 21318403650707INR | 4/22/2013 | 6/20/2013 | $2,505.99 |
| 296 | 21319703320207INR | 5/8/2013 | 7/6/2013 | $2,416.24 |
| 297 | 21319703320507INR | 5/9/2013 | 7/7/2013 | $1,991.66 |
| 298 | 21321102715307INR | 5/15/2013 | 7/13/2013 | $3,177.08 |
| 299 | 21321102715207INR | 5/16/2013 | 7/14/2013 | $2,992.41 |
| 300 | 21323402746407INR | 6/14/2013 | 8/8/2013 | $1,896.74 |
| 301 | 21324102885407INR | 6/24/2013 | 8/22/2013 | $2,505.99 |
| 302 | 21326101789107INR | 7/8/2013 | 9/5/2013 | $2,422.20 |
| 303 | 21328001395907INR | 7/14/2013 | 9/11/2013 | $3,557.10 |
| 304 | 21328001395807INR | 7/15/2013 | 9/12/2013 | $2,041.58 |
| 305 | 21328802696607INR | 8/10/2013 | 10/8/2013 | $2,230.61 |
| 306 | 21330401256007INR | 8/23/2013 | 10/21/2013 | $2,505.99 |
| 307 | 21333103123907INR | 9/6/2013 | 11/4/2013 | $3,713.95 |
| 308 | 21333103124107INR | 9/12/2013 | 11/8/2013 | $1,859.48 |
| 309 | 21333103124007INR | 9/13/2013 | 11/11/2013 | $1,675.78 |
| 310 | 21335301113407INR | 10/9/2013 | 12/3/2013 | $2,041.58 |
| 311 | 21401402750307INR | 10/22/2013 | 12/20/2013 | $1,991.66 |
| 312 | 21401402750007INR | 11/5/2013 | 12/13/2013 | $3,928.13 |
| 313 | 21401402749607INR | 11/5/2013 | 1/1/2014 | $2,666.95 |
| 314 | 21402202474907INR | 11/12/2013 | 1/8/2014 | $2,793.34 |
| 315 | 21403401135007INR | 11/19/2013 | 1/17/2014 | $3,629.75 |
| 316 | 21401402689807INR | 12/21/2013 | 12/21/2013 | $1,232.78 |
| 317 | 21404501330107INR | 1/4/2014 | 1/29/2014 | $332.79 |
| 318 | 21403401144107INR | 1/18/2014 | 1/18/2014 | $1,793.19 |
|  |  |  |  | $862,709.81 |

Exhibit 1 B
Page 8 of 8