**Claims Paid by Medicare to American
for Conrado Castor's Home Health Care Referrals
During the period of Jacob Castor's ownership of May 20, 2008 through August 21, 2008**

| Claim | Claim Number | | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|---|
| 1 | 20823803248605 | 02 | 5/20/2008 | 7/15/2008 | $1,257.91 |
| 2 | 20907848343008 | 02 | 5/22/2008 | 7/20/2008 | $3,979.20 |
| 3 | 20907850873608 | 02 | 5/24/2008 | 7/22/2008 | $2,613.92 |
| 4 | 20907847783108 | 02 | 5/31/2008 | 7/28/2008 | $1,768.91 |
| 5 | 20823803249305 | 02 | 6/3/2008 | 8/1/2008 | $1,820.56 |
| 6 | 20825603376705 | 02 | 6/5/2008 | 8/3/2008 | $4,115.18 |
| 7 | 20823803248505 | 02 | 6/7/2008 | 8/5/2008 | $1,820.56 |
| 8 | 20824705012405 | 02 | 6/13/2008 | 8/9/2008 | $3,056.24 |
| 9 | 20827604731305 | 02 | 6/23/2008 | 8/21/2008 | $2,770.68 |
| 10 | 20825603376905 | 02 | 6/24/2008 | 8/22/2008 | $2,091.44 |
| 11 | 20825603376505 | 02 | 6/24/2008 | 8/22/2008 | $2,020.35 |
| 12 | 20827604731705 | 02 | 7/1/2008 | 8/29/2008 | $1,257.91 |
| 13 | 20827604731505 | 02 | 7/21/2008 | 9/18/2008 | $1,768.91 |
| 14 | 20828803132105 | 02 | 7/23/2008 | 9/17/2008 | $2,577.04 |
| 15 | 20828803132705 | 02 | 7/28/2008 | 9/24/2008 | $2,734.36 |
| 16 | 20828803131705 | 02 | 8/6/2008 | 10/4/2008 | $1,410.74 |
| 17 | 20829903039705 | 02 | 8/15/2008 | 10/13/2008 | $4,430.61 |
|  |  |  |  |  | **$41,494.52** |

**Exhibit 1 C**