# Claims Paid by Medicare to Adarna
## For Conrado Castor's Home Health Care Referrals
### For the period July 22, 2008 through January 13, 2014

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 1 | 20827703402605    02 | 7/22/2008 | 9/19/2008 | $2,276.50 |
| 2 | 20834404587205    02 | 9/10/2008 | 11/8/2008 | $4,725.86 |
| 3 | 20834404586805    02 | 9/20/2008 | 11/18/2008 | $1,579.79 |
| 4 | 20903304505405    02 | 10/31/2008 | 12/29/2008 | $3,621.46 |
| 5 | 20903304504605    02 | 11/9/2008 | 1/7/2009 | $3,631.70 |
| 6 | 20905000788205    02 | 11/19/2008 | 12/31/2008 | $1,410.74 |
| 7 | 20910302818805INR    02 | 12/30/2008 | 2/27/2009 | $3,631.70 |
| 8 | 20908500112205    02 | 1/8/2009 | 3/2/2009 | $2,883.57 |
| 9 | 20915223388005INRT    02 | 1/20/2009 | 2/22/2009 | $2,265.31 |
| 10 | 20911801213705INR    02 | 2/11/2009 | 4/11/2009 | $1,701.34 |
| 11 | 20914604115905INR    02 | 2/28/2009 | 4/27/2009 | $3,731.03 |
| 12 | 20914604116405INR    02 | 3/12/2009 | 5/10/2009 | $4,583.19 |
| 13 | 20918805264805INR    02 | 4/12/2009 | 6/10/2009 | $1,701.34 |
| 14 | 20920200533505INR    02 | 5/11/2009 | 7/9/2009 | $3,731.03 |
| 15 | 20926103486505INR    02 | 6/5/2009 | 8/3/2009 | $2,795.39 |
| 16 | 20923100546805INR    02 | 6/11/2009 | 8/9/2009 | $3,767.94 |
| 17 | 20929202592405INR    02 | 8/4/2009 | 10/2/2009 | $4,001.17 |
| 18 | 20931300749405INR | 8/10/2009 | 10/8/2009 | $1,701.34 |
| 19 | 21001103747705INR | 10/3/2009 | 12/1/2009 | $3,731.03 |
| 20 | 21003501037505INR | 11/12/2009 | 1/10/2010 | $6,470.08 |
| 21 | 21003501036905INR | 12/12/2009 | 1/26/2010 | $1,617.82 |
| 22 | 21009101187705INR | 1/11/2010 | 3/11/2010 | $4,340.27 |
| 23 | 21016200942505INR | 3/12/2010 | 5/10/2010 | $2,944.72 |
| 24 | 21015201658405INR | 3/16/2010 | 5/14/2010 | $1,618.25 |
| 25 | 21021601136105INR | 5/11/2010 | 6/23/2010 | $1,737.40 |
| 26 | 21021601135805INR | 5/15/2010 | 7/13/2010 | $4,700.09 |
| 27 | 21106602907008INR | 9/12/2010 | 11/10/2010 | $3,515.05 |
| 28 | 21103901230505INR | 10/23/2010 | 12/21/2010 | $4,680.40 |
| 29 | 21117300906405INR | 11/10/2010 | 1/2/2011 | $1,508.53 |
| 30 | 21103901229805INR | 11/11/2010 | 1/9/2011 | $1,508.53 |
| 31 | 21109401623105INR | 12/9/2010 | 2/6/2011 | $6,029.70 |
| 32 | 21109401620405INR | 12/22/2010 | 2/19/2011 | $4,045.79 |
| 33 | 21113801733405INR | 2/7/2011 | 4/7/2011 | $4,126.05 |
| 34 | 21113801731505INR | 2/20/2011 | 4/20/2011 | $1,619.97 |
| 35 | 21126603634105INR | 3/1/2011 | 4/29/2011 | $5,269.30 |
| 36 | 21117300905405INR | 3/30/2011 | 5/28/2011 | $1,508.53 |
| 37 | 21120100660605INR | 4/8/2011 | 6/6/2011 | $4,381.12 |
| 38 | 21127023165005INRU | 4/30/2011 | 6/28/2011 | $2,627.54 |
| 39 | 21122400046505INR | 5/29/2011 | 7/27/2011 | $3,808.84 |
| 40 | 21122400047505INR | 6/7/2011 | 8/5/2011 | $1,929.04 |
| 41 | 21127023165105INRU | 6/29/2011 | 8/27/2011 | $5,101.01 |
| 42 | 21128005287005INR | 7/28/2011 | 9/25/2011 | $1,347.18 |
| 43 | 21129103655405INR | 8/6/2011 | 10/4/2011 | $2,460.36 |

**Exhibit 1 D**
**Page 1 of 2**

# Claims Paid by Medicare to Adarna
## For Conrado Castor's Home Health Care Referrals
### For the period July 22, 2008 through January 13, 2014

| Claim | Claim Number | Claim From Date | Claim To Date | Claim Reimbursement |
|---|---|---|---|---|
| 44 | 21131807609105INR | 8/20/2011 | 10/18/2011 | $1,545.53 |
| 45 | 21132500240705INR | 8/28/2011 | 10/26/2011 | $2,590.54 |
| 46 | 21134204183705INR | 9/26/2011 | 11/24/2011 | $1,347.18 |
| 47 | 21135402864805INR | 10/5/2011 | 12/3/2011 | $1,929.04 |
| 48 | 21201102395705INR | 10/19/2011 | 12/17/2011 | $1,886.78 |
| 49 | 21201102395205INR | 10/27/2011 | 12/25/2011 | $1,347.18 |
| 50 | 21203100200805INR | 11/25/2011 | 1/23/2012 | $1,329.69 |
| 51 | 21203702358505INR | 12/4/2011 | 1/31/2012 | $1,847.13 |
| 52 | 21205201405905INR | 12/18/2011 | 2/15/2012 | $1,329.69 |
| 53 | 21206900143105INR | 12/26/2011 | 2/23/2012 | $1,461.22 |
| 54 | 21210101153605INR | 1/24/2012 | 3/23/2012 | $1,329.69 |
| 55 | 21213000900705INR | 2/16/2012 | 4/15/2012 | $1,329.69 |
| 56 | 21213000900605INR | 2/24/2012 | 4/23/2012 | $1,329.69 |
| 57 | 21215001748007INR | 3/24/2012 | 5/22/2012 | $1,329.69 |
| 58 | 21220602880407INR | 4/20/2012 | 6/18/2012 | $5,655.13 |
| 59 | 21218403713707INR | 4/24/2012 | 6/22/2012 | $1,461.22 |
| 60 | 21221700004807INR | 5/23/2012 | 7/21/2012 | $1,329.69 |
| 61 | 21224203479707INR | 6/19/2012 | 8/17/2012 | $4,228.17 |
| 62 | 21224203476507INR | 6/23/2012 | 8/21/2012 | $1,329.69 |
| 63 | 21229703164107INR | 8/18/2012 | 9/12/2012 | $1,455.09 |
| 64 | 21235402554707INR | 8/22/2012 | 10/20/2012 | $1,329.69 |
| 65 | 21312202345207INRU | 9/20/2012 | 11/18/2012 | $1,329.69 |
| 66 | 21235202748507INR | 10/17/2012 | 12/5/2012 | $5,368.91 |
| 67 | 21304601056407INR | 11/19/2012 | 1/17/2013 | $430.78 |
| 68 | 21319103190307INR | 11/29/2012 | 1/27/2013 | $2,114.26 |
| 69 | 21308502904707INR | 1/18/2013 | 3/18/2013 | $1,361.88 |
| 70 | 21311601332507INR | 1/28/2013 | 3/28/2013 | $2,114.26 |
| 71 | 21314102878007INR | 3/19/2013 | 5/17/2013 | $1,334.64 |
| 72 | 21319103190407INR | 3/29/2013 | 5/27/2013 | $422.18 |
| 73 | 21322103237007INR | 5/18/2013 | 7/16/2013 | $1,334.64 |
| 74 | 21322103237907INR | 5/28/2013 | 6/20/2013 | $316.64 |
| 75 | 21328201880607INR | 7/8/2013 | 9/5/2013 | $5,936.20 |
| 76 | 21328201879507INR | 7/17/2013 | 9/14/2013 | $1,334.64 |
| 77 | 21331800591807INR | 9/6/2013 | 11/4/2013 | $4,623.73 |
| 78 | 21332200613407INR | 11/5/2013 | 11/5/2013 | $2,114.53 |
| 79 | 21333902208007INR | 11/14/2013 | 11/14/2013 | $680.94 |
| 80 | 21404104222207INR | 1/4/2014 | 1/4/2014 | $1,763.06 |
| 81 | 21404104223207INR | 1/9/2014 | 1/9/2014 | $2,951.40 |
| 82 | 21404104222007INR | 1/13/2014 | 1/13/2014 | $687.66 |
|  |  |  |  | $211,308.46 |

**Exhibit 1 D**
**Page 2 of 2**