UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> **BRADLEY A. STEPHENS,** *Relator*, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CONRADO CASTOR, M.D.,** ) <br> ) <br> **Defendant.** ) <br> ) | Case No. 2:13CV145 |

**JOINT MOTION FOR AN EXTENSION OF THE DISCOVERY DEADLINE**

The parties jointly move to extend the discovery deadline from May 31, 2021 until August 31, 2021 and, in support of this joint motion, state as follows:

1. The parties have diligently and cooperatively pursued discovery, and have made substantial progress, including responding to each other's written discovery requests, and plaintiff's production of documents to defendant of over 80,000 pages. Additionally, the parties have scheduled one deposition; and are discussing the scheduling of several more depositions.

2. To complete discovery, the parties still need to take at least 6 depositions; and continue negotiating proposed stipulations regarding the authenticity of documents and signatures designed to simplify the issues at trial.

3. The undersigned counsel for both parties have full schedules of depositions and judicial conferences in other cases.

## CONCLUSION

For the foregoing reasons, the Court should grant the joint motion of all parties for an extension of the discovery deadline from May 31, 2021 until August 31, 2021.

Respectfully submitted,

GARY T. BELL
ACTING UNITED STATES ATTORNEY

/s/ Wayne T. Ault
WAYNE T. AULT
Assistant United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana  46320
Telephone:  219-937-5500
Telecopy:  219-852-2770
E-Mail:  wayne.ault@usdoj.gov

Counsel for Plaintiff United States of America

/s/ Kevin E. Steele
KEVIN E. STEELE
Burke Costanza & Carberry LLP
156 South Washington Street
Valparaiso, Indiana  46383
Telephone:  219-531-0134
Telecopy:  219-769-6806
E-Mail:  steele@bcclegal.com

Counsel for Defendant Conrado Castor, M.D.