UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* )<br>BRADLEY A. STEPHENS, *Relator*, )<br>)<br>      **Plaintiffs,** )<br>)<br>      v. )<br>)<br>CONRADO CASTOR, M.D. )<br>)<br>      **Defendant.** )<br>_____) | Case No. 2:13CV145 |

**JOINT STATUS REPORT AND JOINT MOTION TO
VACATE THE DISPOSITIVE MOTION DEADLINE**

Pursuant to the Court's Minute Order dated September 8, 2021,[1] all parties submit this Joint Status Report. Additionally, all parties jointly move to vacate the dispositive motion deadline on November 8, 2021, and in support of same, state as follows:

1. Discovery in this case concluded on August 31, 2021. Since the conclusion of discovery, the parties have been engaging in settlement discussions in good faith.

2. The Court set a dispositive motion deadline of November 8, 2021.[2] If the parties need to prepare and respond to dispositive motions in that time frame, the prospect of settlement will diminish because the parties will be focused on drafting, and responding to, briefs in support of dispositive motions and will have little to no time to focus on settlement

---

[1] Docket No. 93.
[2] *Id.*

discussions. Therefore, all parties jointly propose and move that the Court vacate the dispositive motion deadline of November 8, 2021.

3. If the Court grants this joint motion, and vacates the dispositive motion deadline of November 8, 2021, the parties commit to filing an updated Joint Status Report on January 7, 2022, in which the parties will report to the Court the status of the parties' settlement discussions.

## CONCLUSION

For the foregoing reasons, the Court should grant the parties' Joint Motion to Vacate the Dispositive Motion Deadline of November 8, 2021.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

| /s/ Wayne T. Ault | /s/ Kevin E. Steele |
|---|---|
| WAYNE T. AULT | KEVIN E. STEELE |
| DIRK D. DE LOR | Burke Costanza & Carberry LLP |
| Assistant United States Attorneys | 156 South Washington Street |
| Northern District of Indiana | Valparaiso, Indiana  46383 |
| 5400 Federal Plaza, Suite 1500 | Telephone:  219-531-0134 |
| Hammond, Indiana  46320 | Telecopy:  219-769-6806 |
| Telephone:  219-937-5500 | E-Mail:  steele@bcclegal.com |
| Telecopy:  219-852-2770 | |
| E-Mail:  wayne.ault@usdoj.gov | |
| | |
| Counsel for Plaintiff United States of America | Counsel for Defendant Conrado Castor, M.D. |